IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 21-cv-01096-RM-KLM

UTKAL SHARMA,

    Plaintiff,

v.

L3HARRIS TECHNOLOGIES, INC.,

    Defendant.

## ORDER OF DISMISSAL

This matter comes before the Court on the Stipulated Motion for Dismissal with Prejudice (ECF No. 59). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Stipulated Motion for Dismissal with Prejudice is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its or his own costs and fees; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 14th day of March, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge